Teamsters Local Union No. 245